**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODORE J. THOMPSON,   )  <br>                                          )<br>              Plaintiff,               )<br>                                          )<br>     vs.                                )<br>                                          )<br> WELLS FARGO INC., *et al.,*    )<br>                                          )<br>              Defendants.          )<br> _____) | 2:08-cv-01227-RCJ-GWF <br><br> **ORDER** |

Before the Court for consideration is the Findings and Recommendation (#8) of Magistrate Judge George W. Foley, entered July 14, 2009.

The Court has conducted a review of the record in this case and Plaintiff's objection (11) thereto. Upon finding that plaintiff's objections fail to properly address and brief the objectionable issues raised within the Findings and Recommendation, the Court determines that the Findings and Recommendation (#16) of the United States Magistrate Judge entered July 14, 2009, should be affirmed. As such,

IT IS HEREBY ORDERED that Magistrate Judge Foley's Findings and Recommendation (#8) be affirmed and adopted and that Plaintiff's claims against Defendant Wells Fargo Inc., Rennissance Realty, Eric Holmes or Eric Humer, and one "Doe" associate be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

DATED:      August 18, 2009

_____
UNITED STATED DISTRICT COURT